March 19, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

STEPHEN EICHELSDORFER, D.P.M., Appellant

NO. 14-13-00009-CV                    V.

SIDNEY HOLLIS AND ANGIE HOLLIS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on December 18, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Stephen Eichelsdorfer, D.P.M.

We further order this decision certified below for observance.